<u>**Not for Publication**</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. JASON NARDACHONE, *Defendant*. | Crim. Action No. 18-611 (JMV) <br><br> **<u>OPINION & ORDER</u>** |

**<u>John Michael Vazquez, U.S.D.J.</u>**

This matter comes before the Court on the motion of Defendant Jason Nardachone for grand jury transcripts, D.E. 34, and for a bill of particulars, D.E. 33. The Government filed opposition, D.E. 40, to which Defendant replied, D.E. 41. The Court then heard oral argument on the motion. D.E. 51. On July 7, 2021, the Court issued an oral Opinion on the record. For the reasons stated on the record, and for good cause shown,

It is on this 7th day of July 2020 hereby

**ORDERED** that Defendant's motion for disclosure of grand jury transcripts, D.E. 34, is **DENIED without prejudice**; and it is further

**ORDERED** that Defendant's motion for a bill of particulars, D.E. 33, is **DENIED without prejudice** except that the Government shall identify in writing the identity of persons and/or entities referenced in the Indictment whose identities are not readily discernible from the discovery

produced. If necessary, the parties shall meet and confer as to a protective order before the Government discloses such identities.

                                                                                        _____
                                                                                        John Michael Vazquez, U.S.D.J.